44 A.3d 1146

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Shiem GARY, Respondent.**

Supreme Court of Pennsylvania.

May 14, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May 2012, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

a. Were the police permitted to conduct a warrantless search of defendant's SUV for marijuana where, during a traffic stop, they could smell marijuana emanating from the vehicle, defendant informed police that he had marijuana in the SUV, and the officers had not had the opportunity to obtain a warrant prior to stopping the vehicle?

b. Should this Court adopt the federal automobile exception to the warrant requirement?